# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**


## NO. 02-16-00333-CV

DIVINE BUSINESS ENTERPRISES, LLC                                                     APPELLANT

V.

ABLEGROWTH, INC., MARY                                                               APPELLEES
LOUISE GARCIA IN HER
CAPACITY AS TARRANT COUNTY
CLERK, AND CLINT BURGESS IN
HIS CAPACITY AS CONSTABLE
OF PRECINCT 7

------------

### FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
### TRIAL COURT NO. 2016-004404-1

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On November 21, 2016, we denied appellant's "Motion of Material Change in Circumstances" and stated that appellant could not proceed without prepayment of costs. *See* Tex. R. App. P. 20.1(b)(3)(B). We also notified appellant on November 21, 2016 that unless it paid the required $205.00 filing

---

[1]*See* Tex. R. App. P. 47.4.

fee on or before **Thursday, December 1, 2016**, the appeal would be dismissed. *See* Tex. R. App. P. 42.3(c).

Because appellant has not paid the filing fee,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: LIVINGSTON, C.J.; GABRIEL and SUDDERTH, JJ.

DELIVERED: December 22, 2016

---

[2] *See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).